**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00275-CV

———————————

## MICHAEL GRABOWSKI, Appellant

## V.

## SOUTH SHORE PROPERTY MANAGEMENT, Appellee

---

### On Appeal from the County Civil Court at Law No. 4
### Harris County, Texas
### Trial Court Cause No. 1020827

---

## MEMORANDUM OPINION

Appellant, Michael Grabowski, attempts to appeal from the trial court's judgment signed December 4, 2012.

Generally, a notice of appeal is due within thirty days after a judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is

extended to 90 days after the date the judgment is signed if, within 30 days after the judgment is signed, any party files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *Id*.; TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

Here, the trial court signed the final judgment on December 4, 2012. Grabowski timely filed a motion for new trial on December 28, 2012. *See* TEX. R. CIV. P. 329b(a). Therefore, Grabowski's notice of appeal was due by March 4, 2013. *See* TEX. R. APP. P. 26.1(a).

Grabowski filed a motion for extension of time to file his notice of appeal on March 26, 2013, which was 22 days after the deadline. Because the motion for extension was untimely, we denied it, and it did not extend the deadline for filing the notice of appeal. *See* TEX. R. APP. P. 26.3.

Grabowski untimely filed his notice of appeal on March 28, 2013. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On April 8, 2013, we notified Grabowski that his appeal was subject to dismissal for want of jurisdiction unless, by April 18, 2013, he filed a response

2

showing that this Court has jurisdiction. Grabowski did not file an adequate response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.